PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Roberto Oyola  Cr.: 17-00405-001
PACTS #: 3785843

Name of Sentencing Judicial Officer:   THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/20/2018

Original Offense:   Count One: Felon in Possession of a Firearm 18 U.S.C. § 922(g)(1), Class C Felony.

Original Sentence: 37 months imprisonment, 3 years supervised release

Special Conditions: Substance Abuse Testing/Treatment, and Life Skills/Educational Services.

Type of Supervision: Supervised Release    Date Supervision Commenced: 11/04/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.** |
|  | On March 10, 2021, Oyola submitted a urine sample which was positive for THC Metabolite. The sample was confirmed by the national lab under specimen # B04529993. |

U.S. Probation Officer Action:

The probation office will increase urine testing and if Oyola continues to submit positive results; he will be referred to a substance abuse treatment program. Please allow this letter to serve as a formal written reprimand for his positive drug screen.

Prob 12A – page 2
Roberto Oyola

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Shannan DaSilva*

By:   SHANNAN P. DASILVA
U.S. Probation Officer

/ spd

APPROVED:

*Elisa Martinez*                    03/29/2021

_____
ELISA MARTINEZ                Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒  No Formal Court Action to be Taken at This Time **(as recommended by the Probation Office)**.

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

3/31/21
Date