PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Roberto Oyola                                             Cr.: 17-00405-001
                                                                            PACTS #: 3785843

Name of Sentencing Judicial Officer:    THE HONORABLE JOHN MICHAEL VAZQUEZ
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/20/2018

Original Offense:    Count One: Felon in Possession of a Firearm; 18 U.S.C. Section 922(g)(1), a Class C Felony

Original Sentence: 37 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing/Treatment, Life Skills Counseling, Educational Services, Forfeiture

Type of Supervision: Supervised Release                      Date Supervision Commenced: 02/12/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

1.                     Mr. Oyola violated the following special condition of supervised release:

                       **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."**

                       On October 12th, 2021, Roberto Oyola submitted to urinalysis while at the Probation Office which resulted in a positive reading for marijuana and buprenorphine. Mr. Oyola denied the use of both substances. The positive results were confirmed by national lab.

U.S. Probation Officer Action:

On October 12th, 2021, during an office visit Mr. Oyola submitted to urinalysis that resulted in a positive reading for marijuana and buprenorphine. Mr. Oyola denied the use of these substances and was verbally reprimanded. We discussed consequences for continued illegal drug use and pro-social alternatives. The

Prob 12A – page 2
Roberto Oyola

U.S. Probation Office will continue to monitor Mr. Oyola and notify the Court of any additional non-compliance. He will be referred for a substance abuse assessment at Integrity House Inc. to determine any treatment needs. We are respectfully requesting no Court action be taken and allow this notice serve as a written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*
By:   DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

*Elisa Martinez*                                    12/2/2021
ELISA MARTINEZ                              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

12/3/21
_____
Date