PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Roberto Oyola      Cr.: 17-00405-001
                                                                                                                                         PACTS #: 3785843

Name of Sentencing Judicial Officer:    THE HONORABLE JOHN MICHAEL VAZQUEZ
                                                                         UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/20/2018

Original Offense:    Count One: Felon in Possession of a Firearm; 18 U.S.C. Section 922(g)(1), a Class C Felony

Original Sentence: 37 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing/Treatment, Life Skills Counseling, Educational Services, Forfeiture

Type of Supervision: Supervised Release                    Date Supervision Commenced: 02/12/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Mr. Oyola violated the following special condition of supervised release:<br><br>**"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."**<br><br>On December 8th, 2021, during an office visit Mr. Oyola submitted a urinalysis which resulted in a positive reading for marijuana. After the positive result was revealed Mr. Oyola admitted to eating a marijuana edible candy but declined to sign an admission of drug use form. |

U.S. Probation Officer Action:

Mr. Oyola was verbally reprimanded for using marijuana and the consequences for continued illegal drug use and pro-social alternatives were discussed. This is Mr. Oyola's third positive urinalysis for marijuana in the 2021 calendar year (March 10th, October 12th, and December 8th) and it has been discussed that

Prob 12A – page 2
Roberto Oyola

continued drug use can lead to commencement of violation of supervised release. Mr. Oyola was referred for substance abuse outpatient treatment at Integrity House, Inc. located in Newark, NJ and is scheduled for an intake assessment on January 13, 2022. The U.S. Probation Office will continue to monitor Mr. Oyola with drug testing and will notify the Court of any additional non-compliance.  We are respectfully requesting no Court action be taken against Mr. Oyola and allow this notice serve as a written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  *Donovan K. Hammond*
     DONOVAN K. HAMMOND
     U.S. Probation Officer

/ dkh

APPROVED:

*Elisa Martinez*          01/12/2022
_____
ELISA MARTINEZ          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Signature of Judicial Officer

1/13/22
_____
Date